Rel: November 8, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0872

Jeremy Biddle v. Jessica Zuniga (Appeal from Mobile Circuit Court: CV-20-900267).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(C), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.